Opinion filed September 18, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed September
18, 2008 

 

 

 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00185-CV

                                                     __________

 

                                         ANNA
JEFFRIES, Appellant

                                                             V.

     PAT A. MADISON, INC.;
DENIS PAPASAN; ALLIED NATIONAL, INC.;

            AND GUARANTEE
TRUST LIFE INSURANCE CO., Appellees

 



 

                                         On
Appeal from the 385th District Court

                                                         Midland
County, Texas

                                                 Trial
Court Cause No. CV45429

 



 

                                              M E
M O R A N D U M   O P I N I O N

Anna
Jeffries has filed in this court a motion to dismiss her appeal as to Allied
National, Inc. and Guarantee Trust Life Insurance Co.  In her motion, Jeffries
states that she has reached a settlement with these two appellees.

The
motion is granted, and the appeal is dismissed as to only Allied National and
Guarantee Trust.  Jeffries=s
appeal as to Pat A. Madison, Inc. and Denis Papasan remains under submission to
this court.

 

September 18,
2008                                                                 PER CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.